FILED
3/18/2025 10:54 AM
Amanda K. Calvert
District Clerk
Hays County, Texas

**CAUSE NO. 24-1162**

| | | |
|---|---|---|
| STUART PATRICK WILKINSON, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | FILED IN<br>15th COURT OF APPEALS<br>AUSTIN, TEXAS |
| v. | § | 3/19/2025 11:23:21 AM |
| | § | HAYS COUNTY, TEXAS CHRISTOPHER A. PRINE |
| | § | Clerk |
| TEXAS STATE UNIVERSITY and | § | |
| TEXAS STATE UNIVERSITY | § | 22ND JUDICIAL DISTRICT |
| SYSTEM, | § | |
| *Defendants.* | § | |

---

## DEFENDANTS' NOTICE OF ACCELERATED INTERLOCUTORY APPEAL

---

Pursuant to Texas Rules of Appellate Procedure 25.1(a) and 26.1(b), Defendants Texas State University and Texas State University System (collectively, "Defendants") give notice of an appeal from the Court's denial of Defendants' Plea to the Jurisdiction on February 28, 2025.

Defendants are entitled to an interlocutory appeal pursuant to Texas Civil Practice & Remedies Code § 51.014(a)(8), which allows for an immediate appeal from an order that denies a plea to the jurisdiction. Defendants appeal to the Fifteenth Court of Appeals. This is an accelerated appeal as provided by Texas Rule of Appellate Procedure 28.1. *See* TEX. R. APP. P. 28.1(a). This is not a parental termination or child protection case, as defined in Rule 28.4.

Pursuant to Texas Civil Practice & Remedies Code § 51.014(b), all further proceedings in this Court are stayed pending resolution of Defendants' appeal. Pursuant to Texas Civil Practice & Remedies Code § 6.001, as a state entity, Defendants are not required to file a bond for court costs. Pursuant to Texas Rule of

Appellate Procedure 25.1(d)(9)(A), this appeal involves a matter brought against a state institution of higher education. Defendants' appeal is therefore perfected upon the filing of the notice of appeal.

Respectfully submitted.

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division


*/s/ Rachel L. Behrendt*
**RACHEL L. BEHRENDT**
Texas Bar No. 24130871
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4112
Facsimile: (512) 320-0667
Rachel.Behrendt@oag.texas.gov

***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2025, a true and correct copy of the foregoing document was served via the Court's electronic filing manager system to all counsel of record.

David Junkin
McGlothin Junkin & Wilde, PC
133 W. San Antonio, Suite 400
San Marcos, Texas 78666
(512) 392-7510
(512) 395-7520 Fax
david@mcglothinlaw.com

*Counsel for Plaintiff*

Furthermore, I also certify that pursuant to Texas Civil Practice & Remedies Code § 51.017(a), this notice of appeal is served on the Court Reporters for the 22nd and 483rd Judicial District Courts, Hays County as follows:

Valerie DeLeon via official court email: valerie.deleon@hayscountytx.gov
22nd Judicial District Court
Hays County Government Center
712 S. Stagecoach Trail, Ste. 3240
San Marcos, Texas 78666

Ruby Castilleja via official court email: ruby.castilleja@hayscountytx.gov
483rd Judicial District Court
Hays County Government Center
712 S. Stagecoach Trail, Ste. 3240
San Marcos, Texas 78666

*/s/ Rachel L. Behrendt*
**RACHEL L BEHRENDT**
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ariana Ines on behalf of Rachel Behrendt
Bar No. 24130871
ariana.ines@oag.texas.gov
Envelope ID: 98574078
Filing Code Description: Notice
Filing Description: DEFENDANTS NOTICE OF ACCELERATED INTERLOCUTORY APPEAL
Status as of 3/18/2025 12:32 PM CST

Associated Case Party: Texas State University System

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rachel L. Behrendt | | Rachel.Behrendt@oag.texas.gov | 3/18/2025 10:54:39 AM | SENT |
| Ariana Ines | | ariana.ines@oag.texas.gov | 3/18/2025 10:54:39 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Junkin | | david@mcglothlinlaw.com | 3/18/2025 10:54:39 AM | SENT |